■ FREDA MARIE MCGUIRE et al., Respondents-Appellants, v
PARTIES, PICNICS & PROMOTIONS et al., Appellants-Respondents
and Third-Party Plaintiffs-Respondents-Appellants. BOARD OF
EDUCATION OF THE BALDWINSVILLE CENTRAL SCHOOL DISTRICT,
Third-Party Defendant-Appellant-Respondent. [849 NYS2d 870]—
Motion for reargument denied. Present—Scudder, P.J., Martoche,
Lunn, Peradotto and Green, JJ.

■ CYNTHIA SELMENSBERGER, as Executor of CLARA F. BADZ-
INSKI, Deceased, Respondent, v KALEIDA HEALTH et al., Appel-
lants, et al., Defendant. [849 NYS2d 870]—Motions for reargument
or, in the alternative, leave to appeal to the Court of Appeals
denied. Present—Scudder, P.J., Centra, Lunn, Peradotto and
Gorski, JJ.

■ MICHAEL NAWROCKI, Respondent, v THE COASTAL CORPO-
RATION et al., Appellants. KURK FUEL COMPANY, Third-Party
Plaintiff, v SCHMITT SALES, INC., et al., Third-Party Defendants-
Appellants. PAUTLER OIL SERVICE, Third-Party Plaintiff, v REID
PETROLEUM CORPORATION, Third-Party Defendant-Appellant.
PAUTLER OIL SERVICE, Third-Party Plaintiff, v EXXON MOBIL OIL
CORPORATION, Third-Party Defendant-Appellant. NOCO ENERGY
CORP., Fourth-Party Plaintiff, v CANADA IMPERIAL OIL LIMITED
et al., Fourth-Party Defendants-Appellants. [849 NYS2d 870]—
Motion for leave to appeal to the Court of Appeals denied. Pres-
ent—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
JOBIE L. DAVIS, Appellant. [849 NYS2d 870]—Motion for reargu-
ment or, in the alternative, leave to appeal to the Court of Ap-
peals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Green
and Pine, JJ.

■ ROBERT J. VANDERPOOL et al., Appellants, v ADIRONDACK
NEUROSURGICAL SPECIALISTS, P.C., et al., Respondents, et al., De-
fendant. (Appeal No. 1.) ROBERT J. VANDERPOOL et al., Appel-
lants, v ADIRONDACK NEUROSURGICAL SPECIALISTS, P.C., et al.,
Respondents, et al., Defendant. (Appeal No. 2.) [849 NYS2d 870]—
Motion for reargument or, in the alternative, leave to appeal to
the Court of Appeals denied. Present—Scudder, P.J., Centra,
Fahey, Green and Gorski, JJ.